■ In the Matter of the Claim of DAVID DAVIS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application for reargument denied, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES SIMMONS, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application for an extension of time within which to perfect appeal. Application granted and time is extended for 120 days. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ WINIFRED J. GUSH, Respondent, v. VICTOR W. GUSH, Appellant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, files and serves record and brief on or before August 1, 1959 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS WEISS, Respondent, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Appellant.— Motion for an order dismissing the appeal herein for failure to file a note of issue. Motion denied. The appeal may be added to the calendar of the current term of this court. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Construction of the Will of ARTHUR W. SMITH, Deceased. MARION R. SMITH, as Executor of ARTHUR W. SMITH, Deceased, Appellant; HAMILTON LODGE, No. 120, F. AND A. M., Respondent.— Motion to dismiss appeal on the ground that the appellant is not an aggrieved party and also on the ground that appellant has failed to perfect his appeal. Motion to dismiss appeal on the ground that appellant is not an aggrieved party denied, without prejudice to a renewal of the motion on the argument of the appeal. Motion to dismiss appeal denied, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL FUSCHI, against J. EDWIN LA VALLEE, as Warden of Clinton State Prison, Respondent. — Motion for an extension of time within which to perfect appeal. Motion granted and time extended to August 1, 1959. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ MARTIN A. BRESLER, Respondent, v. WILLIAM T. BRUNT et al., Appellants.— Case added to the calendar commencing June 8, 1959, by stipulation. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of ROBERT SCHEVEY, Petitioner, against JOSEPH P. KELLY, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Motion to dismiss proceeding granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of SIGMUND MOSKOWITZ, Respondent, against ROCCO GRANATA et al., Appellants, and COLEMAN GARAGE, INC., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal denied, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of TIMOTHY MALONEY, Respondent, against SPERRY GYROSCOPE Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by consent, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.